**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**DANIEL MAURICIO ORTIZ-FORGAS**          **CASE NO.  1:26-CV-01257 SEC P**
**#A201-667-484**

**VERSUS**                                **JUDGE JAMES D. CAIN, JR.**

**WARDEN RIVER CORRECTIONAL**             **MAGISTRATE JUDGE LEBLANC**
**CENTER ET AL**

## MEMORANDUM ORDER

Before the court are a Motion for Temporary Restraining Order [doc. 2] and Motion to Expedite [doc. 3] filed by the next friend of Daniel Mauricio Ortiz-Forgas, who is in ICE custody at River Correctional Center in Ferriday, Louisiana, after being detained in March 2026. Through the motions the petitioner requests humanitarian parole due to his diagnosis and ongoing treatment of stage IV metastatic adenocarcinoma. A review of the motions and petition, despite their deficiency, indicates that prompt briefing from the respondents is warranted. Accordingly,

The Motion to Expedite [doc. 3] is **GRANTED. THE CLERK IS DIRECTED** to serve a summons, a copy of the petition [doc. 1] and Motion for Temporary Restraining Order [doc. 2], and a copy of this order by certified mail on the United States through the United States Attorney for the Western District of Louisiana, the United States Attorney General, DHS/ICE through its general counsel, and the Warden of the River Correctional Center. The Clerk of Court is **INSTRUCTED** that Shannon Smitherman with the U.S.

Attorney's Office is to be provided a copy of this Order via email and granted access to the Petition for Writ of Habeas Corpus [doc. 1] and the docket in this matter.

**IT IS ORDERED** that the respondent file a response to the Motion for Temporary Restraining Order [doc. 2] within **FOURTEEN DAYS** of this order, addressing the status of petitioner's request for humanitarian parole and the adequacy of his medical care at River Correctional Center. Petitioner will then have **SEVEN DAYS** to file a reply in support of his Motion for Temporary Restraining Order [doc. 2]. The briefing schedule on the Petition [doc. 1] will be set by the magistrate judge after the deficiencies identified by the clerk have been corrected.

Petitioner's failure to comply with this order or to notify the court of any change in his address will result in a recommendation that his petition be dismissed without prejudice under LR 41.3.

**THUS DONE AND SIGNED** in Chambers on the 23rd day of April, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**